RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Don Jermaine Hudson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DON JERMAINE HUDSON,<br><br>        Defendant. | Case No. 2:21-cr-00115-RFB-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Don Jermaine Hudson, that the Revocation Hearing currently scheduled on March 6, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty five (45) days.

      This Stipulation is entered into for the following reasons:

      1.    Mr. Hudson will be starting a more intensive substance abuse treatment program. The parties are requesting a continuance of the revocation hearing to allow him time to receive the benefits of more intensive treatment.

      2.    Mr. Hudson is out of custody and agrees to the continuance.

3. The parties, including U.S. Probation, agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 2nd day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DON JERMAINE HUDSON,<br><br>　　　　　Defendant. | Case No. 2:21-cr-00115-RFB-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, March 6, 2023 at 10:45 a.m., be vacated and continued to  May 1, 2023  at the hour of  2 : 30  p.m.; or to a time and date convenient to the court.

　　　DATED this 3rd day of March, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE