JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MELANEE L. SMITH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>DON JERMAINE HUDSON,<br><br>            Defendant. | Case No.: 2:21-cr-00115-RFB-EJY<br><br>**Petition for Writ of Habeas Corpus Ad Prosequendum for<br>DON JERMAINE HUDSON<br>(ID # 1073271)** |

The United States of America respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum directing the Warden, Southern Desert Correctional Center, Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce DON JERMAINE HUDSON, before the United States District Court on or about **August 29, 2024 at 2:30 p.m. in Courtroom 3D**, for initial appearance regarding a revocation petition in this matter.

DON JERMAINE HUDSON is currently in the custody of the Warden, Southern Desert Correctional Center, Las Vegas, Nevada.

On August 13, 2024, the United States Probation Office filed an Addendum to Petition to Revocation of Supervised Release, in the above-captioned matter charging DON JERMAINE HUDSON.

Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum so that the United States Marshals Service can produce DON JERMAINE HUDSON, before this Court for the purpose of initial appearance regarding an initial appearance regarding a revocation petition and from time to time and day to day thereafter, at such times and places as may be ordered and directed by this Court, to appear before this Court, and when excused by this Court, to be returned to the custody of the Warden, Southern Desert Correctional Center, Las Vegas, Nevada.

Respectfully submitted this 14th day of August, 2024.

JASON M. FRIERSON
United States Attorney

By  /s/
MELANEE L. SMITH
Assistant United States Attorney
District of Nevada

Attorneys for Plaintiffs
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DON JERMAINE HUDSON,<br><br>　　　　　Defendant. | Case No.: 2:21-cr-00115-RFB-EJY<br><br>**Order for Issuance of Writ of Habeas Corpus Ad Prosequendum For DON JERMAINE HUDSON (ID # 1073271)** |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of DON JERMAINE HUDSON, before the United States District Court at Las Vegas, Nevada, on or about **August 29, 2024 at 2:30 p.m. in Courtroom 3D**, for initial appearance regarding an initial appearance regarding a revocation petition and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 14, 2024

_____
UNITED STATES MAGISTRATE JUDGE