RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
LARONDA MARTIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
LaRonda_Martin@fd.org

Attorney for Don Jermaine Hudson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>DON JERMAINE HUDSON,<br><br>   Defendant. | Case No. 2:21-cr-00115-RFB-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

  IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Don Jermaine Hudson, that the Revocation Hearing currently scheduled on September 26, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

  This Stipulation is entered into for the following reasons:

  1. Defense counsel needs additional time to conduct an investigation into the allegations in the petition, review the allegations with the defendant, and prepare a defense and mitigation for the final supervised release revocation hearing.

  2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 16th day of September, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ LaRonda Martin<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DON JERMAINE HUDSON,<br><br>    Defendant. | Case No. 2:21-cr-00115-RFB-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 26, 2024 at 9:15 a.m., be vacated and continued to November 1, 2024 at 12:15 p.m.

DATED this <u>18th</u> day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE